■ ANTOINETTE DEJMEK, Respondent, v. LITE-VENT, INC., Appellant,— Motion by defendant for leave to appeal from an order denying its motion to stay an inquest, to open its default and to vacate order striking out its answer denied, without costs. The order is appealable as of right. (Civ. Prac. Act, § 609; *Matter of Conklin*, 7 A D 2d 743.) Motion by defendant for stay of proceedings pending the appeal which it has taken from the above-mentioned order granted on condition: (1) that within 20 days after entry of the order hereon defendant shall file an additional undertaking of $2,250, with corporate surety, to pay the costs of the appeal and to pay any judgment which may be entered against it, in the event the order appealed from be affirmed or the appeal therefrom be dismissed; and (2) that appellant perfect the appeal for October 3, 1960, for which day the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 1, 1960. In lieu of filing such additional undertaking, the defendant may enlarge to $3,000 the $750 undertaking now on file and amend its terms to accord with this decision. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of LEON CHAVEROUS, Appellant, et al., Petitioners, against PAUL D. McGINNIS, as Commissioner of Correction of the State of New York, Respondent. In the Matter of WILLIAM BOWMAN, Appellant, et al., Petitioners, against PAUL D. McGINNIS, as Commissioner of Correction of the State of New York, Respondent. In the Matter of RALPH A. LA VALLEY, Appellant, against PAUL D. McGINNIS, as Commissioner of Correction of the State of New York, Respondent.— Motions for leave to appeal as poor persons, to dispense with printing and for assignment of counsel granted to the extent of dispensing with printing and otherwise denied. The appeals will be heard on the original papers and on typewritten briefs. The appellants are directed to file five copies of their briefs and to serve one copy on the Attorney-General. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of ALPHONSO M. LA PERA, as Executor of ERMENEGILDO NAVONE, Deceased. (Proceeding No. 1.) In the Matter of the Accounting of ALPHONSO M. LA PERA, as Executor of ERMENEGILDO NAVONE, Deceased. (Proceeding No. 2.) GIUSEPPINA NAVONE et al., Appellants; EUGENE CANTINO et al., Respondents.— Motion to dismiss appeal denied, without costs. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ NATHANIEL JOHNSON, as Administrator of the Estate of JOAN M. JOHNSON, Deceased, Appellant, v. FLORENCE WEKSTEIN, Respondent.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERARD DENNIS, Appellant.— Motion for leave to appeal as a poor person on appeals from a judgment of conviction and a *coram nobis* application, will be treated as a motion to dispense with printing. Motion granted. The appeals will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeals is enlarged to the November 1960 Term, beginning October 31, 1960, for which term the appeals are ordered to be placed on the calendar. Daniel McMahon, Esq., 199 Main St., White Plains, New York, is assigned as counsel to prosecute the appeals. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.